UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD L. FOX, JR.,

    Plaintiff,

v.                                    Case No: 2:20-cv-720-SPC-MRM

USAA CASUALTY
INSURANCE COMPANY,

    Defendant.
_____/

# **ORDER**[1]

This matter comes before the Court on review of the file. On September 18, 2020, the Court directed Defendant USAA Casualty Insurance Company to supplement its Notice of Removal to identify Plaintiff's domicile and to identify Defendant's principal place of business within fourteen days to show cause why this case should not be remanded for lack of subject-matter jurisdiction. (Doc. 5). The Court warned Defendant that failure to do so will result in remand of the case without further notice. (Doc. 5 at 2). Defendant's supplement (Doc. 6) does not identify its principal place of business. Consequently, the Court

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

cannot determine that diversity of citizenship is present and will remand this case for lack of subject-matter jurisdiction.

Accordingly, it is now

**ORDERED:**

1. The above-captioned action is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

2. The Clerk of Court is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

3. The Clerk is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on August 11, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record